JOSEPH P. TOOMEY, Respondent, *v.* HOTEL CHESTERFIELD, INC., Appellant.

(Submitted March 2, 1933; decided April 11, 1933.)

648

*William Dike Reed, John G. Reilly* and *Bernard J. Vincent* for appellant.

*J. M. Cohen and Thomas C. McDonald* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and new trial granted, with costs to abide the event. Held, that the charge of the court in reference to the city ordinance had no reference to the facts of this case. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.